IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OMAR FRANKLIN BARNES,**

*Plaintiff*,

v.                                                      Case No.: 5:25cv140-MW/MJF

**WARDEN S. DUVAL, et al.,**

*Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma* pauperis, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on July 21, 2025.**

s/Mark E. Walker                    
**United States District Judge**