## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**OMAR FRANKLIN BARNES,**

    ***Plaintiff,***

**v.**                    **Case No.: 5:25cv140-MW/MJF**

**S. DUVAL, *et al.*,**

    ***Defendants.***

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with two Court Orders." The Clerk shall close the file.

**SO ORDERED on December 11, 2025.**

                **s/Mark E. Walker** _____
                **United States District Judge**